BURROUGHS & SPRINGS *v.* COMMISSIONERS OF RICHMOND COUNTY.

Coupons, when detached from the bond to which they were annexed, bear interest from the time when they were due and payable.

*Mandamus* to compel the defendants to levy a tax for the payment of the principal and interest, of certain coupons detached from the bonds given by the County of Richmond and belonging to the plaintiffs. At the Fall Term, 1870, of the Superior Court for MECKLENBURG County, before his Honor, *Judge Logan*, the counsel for the plaintiffs moved his Honor for a peremptory *mandamus* for the purpose above stated, when he expressed his willingness to order the *mandamus* for the principal money due on the coupons, but declined to do so for the interest accrued and accruing thereon. To this plaintiffs excepted and prayed an appeal, which was granted.

*Jones & Johnston*, for the plaintiffs.
*J. H. Wilson*, for the defendants.

BURROUGHS & SPRINGS *v.* COMMISSIONERS OF RICHMOND COUNTY.

DICK, J.   The County of Richmond, under the authority of an Act of the General Assembly, issued bonds and coupons as stated in the complaint.

This proceeding was instituted to compel the payment of certain coupons detached from some of said bonds.

The only question presented for our consideration, is, whether the coupons bear interest from the time they were due and payable.

These coupons are payable to bearer, and are negotiable securities, and have all the qualities and incidents of commercial paper.

They are written contracts for the payment of a definite sum of money on a given day, and upon general principles bear interest after payment of the principal is unjustly neglected or refused.   *Aurora City* v. *West*, 7 Wallace 82.

There was error in the ruling of his Honor.   Let this be certified, &c.

PER CURIAM.                              Judgment reversed.